**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Anthony LaFauci
_____
Plaintiff

v.

MCI CEDAR-Junction Superintendent
Peter Pepe JR.
_____
Defendant(s)

Civil Action No. _____

RECEIVED DEC - 3 2004

## MOTION/AFFIDAVIT TO PROCEED IN FORMA PAUPERIS WITHOUT PREPAYMENT OF FEES

I, Anthony LaFauci, declare that I am the plaintiff/petitioner/movant in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to relief. In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   [X] Yes   [ ] No   (If "No" go to Question 2)

   Name of Institution: Cheshire Correctional Institution 900 Highland Avenue Cheshire, Connecticut 06410
   Are you employed at the institution?   [ ] Yes   [X] No
   If "Yes" - do you receive any payment from the institution?   [ ] Yes   [X] No
   If "Yes" - how much per month? $ 0
   You must attach a Certificate of Custodial Institution (USDCNH-14) completed by the institution of your incarceration. The institution will also supply a copy of your trust account statement for the preceding six months. Processing of your case will be delayed if this material is not attached.
   See attached

2. Are you currently employed? (Skip this question if incarcerated)   [ ] Yes   [X] No

   a. If the answer is "Yes" - state the amount of your take-home salary or wages and pay period (i.e. per week, month, etc.) and give the name and address of your employer.

   b. If the answer is "No" - state the date of your last employment, the amount of your take-home salary or wages and pay period (i.e. per week, month, etc.) and the name and address of your last employer.   none

3. In the past twelve months, have you received any money from any of the following sources?

   a. Business, profession or other self-employment   [ ] Yes   [X] No
   b. Rent payments, interest or dividends   [ ] Yes   [X] No
   c. Pensions, annuities or life insurance payments   [ ] Yes   [X] No
   d. Disability or worker's compensation payments   [ ] Yes   [X] No
   e. Gifts or inheritances   [ ] Yes   [X] No
   f. Any other sources   [X] Yes   [ ] No

   If the answer to any of the above is "Yes" - describe each source of money and state the amount received and what you expect you will continue to receive. I receive money from my family once and a while

USDCNH-13 (2-97) (Previous Editions Obsolete)                              (continued on reverse)

4. Do you have any cash or checking or savings accounts?  [ ] Yes  [X] No
   If "Yes" - state the total amount  $ 0

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property, excluding ordinary household furnishings and clothing?  [ ] Yes  [X] No
   If "Yes" - describe the property and state its value.

6. Do you have any other assets?  [X] Yes  [ ] No
   If "Yes" - list each asset and state its value.

   (A TV)

7. Do you have any outstanding debts?  [X] Yes  [ ] No
   If "Yes" - list them. (If incarcerated, be sure to include any debts owed to the institution where you are incarcerated as a result of disciplinary or other action.)
   ① The United States District Court District of New Hampshire 99-253-M, 99-597-B, and To the United State District Court District of Massachusetts 04-11689-JLT 98-12328 JLT

8. List your regular monthly household or other expenses:

   indigent status   0

9. List the persons who are dependent on you for support, state your relationship to each person, and indicate how much you contribute to their support.

   0

I declare under penalty of perjury that the above information is true and correct. I understand that a false or dishonest answer to a question in this affidavit may be punishable by fine or imprisonment or both.

November 06, 200_
DATE

_____
SIGNATURE OF APPLICANT

USDCNH-13 (2-97) (Previous Editions Obsolete)

DOC: 0000284473    Name: LAFAUCI, ANTHONY                        DOB: 11/04/1949
LOCATION: 125-G

                                                           Max Date:
ACCOUNT BALANCES  Total :      30.57    CURRENT:       30.57    HOLD:    0.00

                               07/12/2002       10/14/2004

| SUB ACCOUNT | START BALANCE | END BALANCE |
|---|---|---|
| HOLIDAY PACKAGES | 0.00 | 0.00 |
| PLRA | 26.00 | 30.57 |
| SPENDABLE BALANCE | 24.03 | 0.00 |

                        DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID |
|---|---|---|---|---|
| COMM | COMMISSARY LOAN | 11262002 | 0.00 | 50.99 |

         TRANSACTION DESCRIPTIONS --         HOLIDAY PACKAGES  SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 11/25/2002 | HPK | Holiday Package 125 | 111.67 | 111.67 |
| 12/31/2002 | OT | Sub-Account Transfer | ( 111.67) | 0.00 |
| 11/17/2003 | HPK | Holiday Package 136 | 100.00 | 100.00 |
| 11/20/2003 | CRS | CRS SAL ORD #2103363 D2 | ( 25.87) | 74.13 |
| 11/26/2003 | CRS | CRS SAL ORD #2115265 D2 | ( 15.98) | 58.15 |
| 12/02/2003 | CRS | CRS SAL ORD #2126051 D2 | ( 12.98) | 45.17 |
| 12/03/2003 | CRS | CRS SAL ORD #2132401 D2 | ( 31.89) | 13.28 |
| 12/04/2003 | CHPK | CHPK SAL ORD #2132401 | 2.17 | 15.45 |
| 12/16/2003 | CRS | CRS SAL ORD #2159155 D2 | ( 14.98) | 0.47 |
| 12/16/2003 | CRS | CRS SAL ORD #2160024 D2 | ( 0.39) | 0.08 |
| 12/22/2003 | CHPK | CHPK SAL ORD #2160024 | 0.39 | 0.47 |
| 12/23/2003 | CRS | CRS SAL ORD #2181260 D2 | ( 0.39) | 0.08 |
| 01/06/2004 | CHPK | CHPK SAL ORD #2181260 | 0.39 | 0.47 |
| 02/03/2004 | OT | Sub-Account Transfer | ( 0.47) | 0.00 |

         TRANSACTION DESCRIPTIONS --                     PLRA  SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 07/15/2002 | DED | Deduction-PLRA-12222000 | 2.10 | 28.10 |
| 07/29/2002 | DED | Deduction-PLRA-12222000 | 1.05 | 29.15 |
| 08/23/2002 | DED | Deduction-PLRA-12222000 | 7.00 | 36.15 |
| 09/05/2002 | DED | Deduction-PLRA-12222000 | 2.10 | 38.25 |
| 09/05/2002 | DED | Deduction-PLRA-12222000 | 2.10 | 40.35 |
| 09/05/2002 | DED | Deduction-PLRA-12222000 | 2.10 | 42.45 |
| 09/17/2002 | DED | Deduction-PLRA-12222000 | 1.95 | 44.40 |

```
CHE119                CONNECTICUT DEPARTMENT OF CORRECTION          OTRTASTA
                       T R U S T   A C C O U N T   S T A T E M E N T   4.10.0.0.9 TR

DOC:  0000284473      Name: LAFAUCI, ANTHONY              DOB: 11/04/1949
LOCATION: 125-G
                                                          Max Date:
```

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 10/01/2002 | DED | Deduction-PLRA-12222000 | 2.10 | 46.50 |
| 10/10/2002 | DED | Deduction-PLRA-12222000 | 16.00 | 62.50 |
| 10/17/2002 | DED | Deduction-PLRA-12222000 | 2.10 | 64.60 |
| 10/29/2002 | DED | Deduction-PLRA-12222000 | 1.95 | 66.55 |
| 11/13/2002 | DED | Deduction-PLRA-12222000 | 1.95 | 68.50 |
| 03/20/2003 | DED | Deduction-PLRA-12222000 | 10.00 | 78.50 |
| 04/28/2003 | DED | Deduction-PLRA-12222000 | 12.00 | 90.50 |
| 05/28/2003 | DED | Deduction-PLRA-12222000 | 5.00 | 95.50 |
| 05/28/2003 | DED | Deduction-PLRA-12222000 | 1.00 | 96.50 |
| 07/08/2003 | DED | Deduction-PLRA-12222000 | 10.00 | 106.50 |
| 08/26/2003 | DED | Deduction-PLRA-12222000 | 16.00 | 122.50 |
| 09/08/2003 | WPLRA | PLRA Payment  C. 99-253-M | ( 69.79) | 52.71 |
| 10/28/2003 | DED | Deduction-PLRA-12222000 | 6.00 | 58.71 |
| 10/30/2003 | DED | Deduction-PLRA-12222000 | 8.00 | 66.71 |
| 12/09/2003 | DED | Deduction-PLRA-12222000 | 4.00 | 70.71 |
| 02/03/2004 | DED | Deduction-PLRA-12222000 | 10.00 | 80.71 |
| 03/01/2004 | DED | Deduction-PLRA-12222000 | 18.60 | 99.31 |
| 03/25/2004 | DED | Deduction-PLRA-12222000 | 10.00 | 109.31 |
| 05/13/2004 | WPLRA | PLRA Payment  99-597-B | ( 78.74) | 30.57 |

```
          TRANSACTION DESCRIPTIONS --        SPENDABLE BALANCE  SUB-ACCOUNT
```

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 07/15/2002 | DSP | Inmate State Pay  137  070402 | 10.50 | 34.53 |
| 07/15/2002 | DED | Deduction-PLRA-12222000 | ( 2.10) | 32.43 |
| 07/22/2002 | CRS | CRS SAL ORD #1181855 D1 | ( 25.12) | 7.31 |
| 07/29/2002 | DSP | Inmate State Pay  137  114 071802 | 5.25 | 12.56 |
| 07/29/2002 | DED | Deduction-PLRA-12222000 | ( 1.05) | 11.51 |
| 07/31/2002 | CRS | CRS SAL ORD #1196150 D1 | ( 6.63) | 4.88 |
| 08/05/2002 | CRS | CRS SAL ORD #1207038 D1 | ( 4.78) | 0.10 |
| 08/19/2002 | CRS | CRS SAL ORD #1232864 D1 | ( 0.10) | 0.00 |
| 08/23/2002 | DMR | Mail Receipts   137 | 35.00 | 35.00 |
| 08/23/2002 | DED | Deduction-PLRA-12222000 | ( 7.00) | 28.00 |
| 09/03/2002 | CRS | CRS SAL ORD #1257316 D1 | ( 27.96) | 0.04 |
| 09/05/2002 | DSP | Inmate State Pay  137  082902 | 10.50 | 10.54 |
| 09/05/2002 | DED | Deduction-PLRA-12222000 | ( 2.10) | 8.44 |
| 09/05/2002 | DSP | Inmate State Pay  137  080102 backpay | 10.50 | 18.94 |

DOC: 0000284473    Name: LAFAUCI, ANTHONY                    DOB: 11/04/1949
LOCATION: 125-G
                                                        Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 09/05/2002 | DED | Deduction-PLRA-12222000 | ( 2.10) | 16.84 |
| 09/05/2002 | DSP | Inmate State Pay 137 081502 backpay | 10.50 | 27.34 |
| 09/05/2002 | DED | Deduction-PLRA-12222000 | ( 2.10) | 25.24 |
| 09/07/2002 | CEC | CEC SAL ORD #1257316 | 0.35 | 25.59 |
| 09/09/2002 | CRS | CRS SAL ORD #1270527 D1 | ( 25.22) | 0.37 |
| 09/16/2002 | CRS | CRS SAL ORD #1283309 D1 | ( 0.27) | 0.10 |
| 09/17/2002 | DSP | Inmate State Pay 137 091202 | 9.75 | 9.85 |
| 09/17/2002 | DED | Deduction-PLRA-12222000 | ( 1.95) | 7.90 |
| 09/23/2002 | CRS | CRS SAL ORD #1297033 D1 | ( 7.73) | 0.17 |
| 09/30/2002 | CRS | CRS SAL ORD #1308446 D1 | ( 0.13) | 0.04 |
| 10/01/2002 | DSP | Inmate State Pay 137 092602 | 10.50 | 10.54 |
| 10/01/2002 | DED | Deduction-PLRA-12222000 | ( 2.10) | 8.44 |
| 10/07/2002 | CRS | CRS SAL ORD #1320901 D1 | ( 8.33) | 0.11 |
| 10/10/2002 | DMR | Mail Receipts 137 | 80.00 | 80.11 |
| 10/10/2002 | DED | Deduction-PLRA-12222000 | ( 16.00) | 64.11 |
| 10/15/2002 | CRS | CRS SAL ORD #1334640 D1 | ( 46.66) | 17.45 |
| 10/17/2002 | DSP | Inmate State Pay 137 101002 | 10.50 | 27.95 |
| 10/17/2002 | DED | Deduction-PLRA-12222000 | ( 2.10) | 25.85 |
| 10/21/2002 | CRS | CRS SAL ORD #1346977 D1 | ( 25.21) | 0.64 |
| 10/28/2002 | CEC | CEC SAL ORD #1346977 | 25.21 | 25.85 |
| 10/29/2002 | DSP | Inmate State Pay 137 114 102402 | 9.75 | 35.60 |
| 10/29/2002 | DED | Deduction-PLRA-12222000 | ( 1.95) | 33.65 |
| 11/04/2002 | WPOS | Postage 137 | ( 5.85) | 27.80 |
| 11/12/2002 | CRS | CRS SAL ORD #1385781 D2 | ( 27.38) | 0.42 |
| 11/13/2002 | DSP | Inmate State Pay 137 110702 | 9.75 | 10.17 |
| 11/13/2002 | DED | Deduction-PLRA-12222000 | ( 1.95) | 8.22 |
| 11/26/2002 | CRS | CRS SAL ORD #1401720 D2 | ( 8.16) | 0.06 |
| 11/26/2002 | COMM | COMMISSARY LOAN | 50.99 | 51.05 |
| 11/26/2002 | CRS | CRS SAL ORD #1404636 D2 | ( 51.05) | 0.00 |
| 12/03/2002 | DMR | Mail Receipts 125 | 50.00 | 50.00 |
| 12/03/2002 | DED | Deduction-COMM-11262002 | ( 50.00) | 0.00 |
| 12/31/2002 | OT | Sub-Account Transfer | 111.67 | 111.67 |
| 12/31/2002 | DED | Deduction-COMM-11262002 | ( 0.99) | 110.68 |
| 12/31/2002 | CRS | CRS SAL ORD #1481535 D2 | ( 30.39) | 80.29 |
| 01/03/2003 | WPOS | Postage 125 | ( 0.75) | 79.54 |
| 01/06/2003 | CRS | CRS SAL ORD #1492102 D2 | ( 42.95) | 36.59 |

DOC: 0000284473     Name: LAFAUCI, ANTHONY                         DOB: 11/04/1949
LOCATION: 125-G

                                                                      Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---:|---:|
| 08/04/2003 | CEC | CEC SAL ORD #1880900 | 2.41 | 2.73 |
| 08/07/2003 | CRS | CRS SAL ORD #1902888 D2 | ( 2.70) | 0.03 |
| 08/21/2003 | CEC | CEC SAL ORD #1902888 | 2.70 | 2.73 |
| 08/26/2003 | DMR | Mail Receipts  136 | 80.00 | 82.73 |
| 08/26/2003 | DED | Deduction-PLRA-12222000 | ( 16.00) | 66.73 |
| 08/28/2003 | CRS | CRS SAL ORD #1942288 D2 | ( 41.13) | 25.60 |
| 09/04/2003 | CRS | CRS SAL ORD #1953542 D2 | ( 21.63) | 3.97 |
| 09/10/2003 | CRS | CRS SAL ORD #1967296 D2 | ( 3.96) | 0.01 |
| 09/15/2003 | CEC | CEC SAL ORD #1953542 | 1.69 | 1.70 |
| 09/24/2003 | CRS | CRS SAL ORD #1985632 D2 | ( 1.67) | 0.03 |
| 09/24/2003 | CEC | CEC SAL ORD #1967296 | 3.96 | 3.99 |
| 09/29/2003 | CEC | CEC SAL ORD #1985632 | 1.67 | 5.66 |
| 09/30/2003 | WFMS | Med Sick Fee  125  091503 | ( 3.00) | 2.66 |
| 10/02/2003 | CRS | CRS SAL ORD #2006422 D2 | ( 2.61) | 0.05 |
| 10/28/2003 | DMR | Mail Receipts  136 | 30.00 | 30.05 |
| 10/28/2003 | DED | Deduction-PLRA-12222000 | ( 6.00) | 24.05 |
| 10/29/2003 | CRS | CRS SAL ORD #2057315 D2 | ( 23.83) | 0.22 |
| 10/30/2003 | DMR | Mail Receipts  136 | 40.00 | 40.22 |
| 10/30/2003 | DED | Deduction-PLRA-12222000 | ( 8.00) | 32.22 |
| 11/06/2003 | CRS | CRS SAL ORD #2073523 D2 | ( 32.06) | 0.16 |
| 12/09/2003 | DMR | Mail Receipts  125 | 20.00 | 20.16 |
| 12/09/2003 | DED | Deduction-PLRA-12222000 | ( 4.00) | 16.16 |
| 12/11/2003 | CRS | CRS SAL ORD #2151421 D2 | ( 16.08) | 0.08 |
| 12/22/2003 | CEC | CEC SAL ORD #2151421 | 16.08 | 16.16 |
| 12/26/2003 | WPOS | Postage  125 | ( 4.75) | 11.41 |
| 12/30/2003 | CRS | CRS SAL ORD #2195553 D2 | ( 11.21) | 0.20 |
| 01/05/2004 | CEC | CEC SAL ORD #2195553 | 0.53 | 0.73 |
| 01/20/2004 | CRS | CRS SAL ORD #2236179 D2 | ( 0.64) | 0.09 |
| 01/22/2004 | CEC | CEC SAL ORD #2236179 | 0.64 | 0.73 |
| 02/03/2004 | DMR | Mail Receipts  125 | 50.00 | 50.73 |
| 02/03/2004 | DED | Deduction-PLRA-12222000 | ( 10.00) | 40.73 |
| 02/03/2004 | CRS | CRS SAL ORD #2265462 D2 | ( 0.70) | 40.03 |
| 02/03/2004 | OT | Sub-Account Transfer | 0.47 | 40.50 |
| 02/10/2004 | CRS | CRS SAL ORD #2281623 D2 | ( 37.16) | 3.34 |
| 02/17/2004 | CRS | CRS SAL ORD #2290160 D2 | ( 3.33) | 0.01 |
| 03/01/2004 | DMR | Mail Receipts  125 | 93.00 | 93.01 |
| 03/01/2004 | DED | Deduction-PLRA-12222000 | ( 18.60) | 74.41 |

```
CHE119              CONNECTICUT DEPARTMENT OF CORRECTION              OTRTASTA
                       T R U S T   A C C O U N T   S T A T E M E N T   4.10.0.0.9 TR
```

DOC: 0000284473    Name: LAFAUCI, ANTHONY                  DOB: 11/04/1949
LOCATION: 125-G

                                                    Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 03/01/2004 | CRS | CRS SAL ORD #2317199 D2 | ( 56.13) | 18.28 |
| 03/01/2004 | CEC | CEC SAL ORD #2317199 | 56.13 | 74.41 |
| 03/01/2004 | HOA | HOLD 125 STATE OF NEW HAMPSHIRE 593449 | ( 74.41) | 0.00 |
| 03/16/2004 | HOR | Remove Hold | 74.41 | 74.41 |
| 03/23/2004 | CRS | CRS SAL ORD #2359815 D2 | ( 39.35) | 35.06 |
| 03/24/2004 | WPOS | Postage   125 | ( 3.95) | 31.11 |
| 03/25/2004 | DMR | Mail Receipts   125 | 50.00 | 81.11 |
| 03/25/2004 | DED | Deduction-PLRA-12222000 | ( 10.00) | 71.11 |
| 03/31/2004 | WPOS | Postage   125 | ( 1.35) | 69.76 |
| 04/01/2004 | CRS | CRS SAL ORD #2375907 D2 | ( 44.97) | 24.79 |
| 04/02/2004 | WPOS | Postage   125 | ( 2.90) | 21.89 |
| 04/07/2004 | WPOS | Postage   125 | ( 7.90) | 13.99 |
| 04/07/2004 | CRS | CRS SAL ORD #2389009 D2 | ( 13.97) | 0.02 |
| 04/29/2004 | WFMS | Med Sick Fee   125   041904 | ( 0.02) | 0.00 |

10/14/2004 Case 1:04-cv-12608-WGY Document 1 Filed 12/03/2004 Page 7 of 7
CHE119              CONNECTICUT DEPARTMENT OF CORRECTION              OTRTASTA
                       T R U S T   A C C O U N T   S T A T E M E N T   4.10.0.0.9 TR