UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2005 FEB -7 P 2:44

U.S. DISTRICT COURT
DISTRICT OF MASS

ANTHONY LAFAUCI

    PLAINTIFF

CIVIL ACTION NO: 04 - 12608 - REK

- V -

PETER PEPE, SUPERINTENDENT, MICHAEL CUNNINGHAM, WARDEN
JANE PERLOV, LORI CRESEY, MICHAEL MALONEY, COMMISSIONER,
DENISE HEATH, EDDA CANTOR, PETER ALAN, MARK POWERS, JOHN MARSHALL Jr.
GREGORY CROMPTOM, DALE BISSONNETTE, STEPHEN KENNEDY, ERNEST THERIEN,
FRANCES McKINNON, CHARLIE KENNY, SCOTT CALLANDER, WILLIAM FARIA,
LIMEIA PERRY, WAYNE TRAVIES, GERALD RADUZZO, BILL VOSHER, THOMAS McINTYRE,
DAVID KING, OFFICER JOHN DOE Badge #1454 and OFFICER JOHN DOE - 1

    DEFENDANTS

## MOTION TO THE COURTS ATTENTION THAT ON NOVEMBER 19, 2004 FRIDAY THE PLAINTIFF'S ADDRESS WAS CHANGED

Now comes the plaintiff in the above Anthony LaFauci, as Pro-Se Osborn Correctional Institution P.O. Box 100 Somers, Connecticut 06071 and states as follows;

1) The plaintiff states to the attention of this court that on November 19, 2004 Friday night he was transferred to a level 3 minimum security institution and all paperwork must now be changed to this new address as follows

    ANTHONY LAFAUCI #284473
    OSBORN CORRECTIONAL INSTITUTION
    P. O. BOX 100
    SOMERS, CONNECTICUT 06071

PLEASE ISSUE ANY AND ALL PAPERWORK FROM THIS COURT TO THIS NEW ADDRESS

I Thank You For your attention in this concerned matter

Respectfully Submitted

February 03, 2005    X _____ Pro-Se
    ANTHONY LaFauci 284473