UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>ANTHONY LAFAUCI            </u>,
   Plaintiff,

              Civil Action

 v.

              No. 04-12608-REK

<u>PETER PEPE, et al.,          </u>,
   Defendants.

ORDER ON SCREENING PURSUANT
TO SECTIONS 1915(e)(2) AND/OR 1915A

Having completed the screening on the merits of plaintiff's complaint pursuant to Sections 1915(e)(2) and/or 1915A:

## FINDINGS

1. The complaint is frivolous, malicious, or fails to state a claim upon which relief may be granted:

   No ☒  Yes ☐  as to defendants_____

2. The complaint seeks relief from a defendant or defendants who are immune from such relief:

   No ☒  Yes ☐  as to defendant(s) _____

3. Section 1997e(g)(2) provides that:

   "The court may require any defendant to reply to a complaint brought under this section if it finds that the plaintiff has a reasonable opportunity to prevail on the merits."

   42 U.S.C. § 1997e(g)(2).

   Is the complaint sufficient to satisfy the pleading requirements for stating a cognizable claim and does the plaintiff have a reasonable opportunity to prevail on the merits against one or more defendants?

   a. Yes ☐  The Court has so determined and found as to defendant(s):

   b. No ☐  because the Court has determined that the complaint does not satisfy pleading requirements for stating a cognizable

        claim against:
        ☐ all defendants    ☐ the defendant(s) _____

c. No ☐    because the Court has determined that the likelihood that plaintiff will prevail on the merits falls short of the "reasonable opportunity" standard of the statute, as to claims against:

        ☐ all defendants    ☐ the defendant(s) _____

d. Cannot say

    ☒    It is not feasible for the Court to make a determination on these questions on the present record as to claims against:

    ☒ all defendants    ☐ the defendant(s) _____.

## ORDERS

Based upon the foregoing:

1. The Clerk shall issue summonses and the United States Marshal serve a copy of the complaint, summons and this order as directed by the plaintiff with all costs of service to be advanced by the United States?

    No ☐    Yes ☒    ☒ as to all defendants
                                        ☐ only as to defendant(s) _____

2. The Clerk shall dismiss this action unless, on or before the 42nd day from the date of this Order, plaintiff has filed a submission showing good cause why the Court should find that the pleading is sufficient to state a cognizable claim and that plaintiff will have a reasonable opportunity to prevail on the merits of plaintiff's claims against defendant(s)?

    No ☒    Yes ☐    ☐ as to all defendants
                                          ☐ only as to defendants

3. a. Although defendant(s) may not have been served with a summons and complaint, are the defendant(s) invited but not required to file an answer to aid the Court in reaching a prompt final disposition on the merits?

   No ☐   Yes ☐   ☐ as to all defendants

   ☐ only as to defendant(s) _____

   OR

   b. If the defendant(s) have been served with a summons and complaint, are the defendant(s) required to reply within the time specified in the summons?

   No ☐   Yes ☒   ☒ as to all defendants

   ☐ only as to defendant(s) _____

4. Plaintiff's Motion Filing This Claim (Docket No. 2) is ALLOWED?

   No ☐   Yes ☒   ☐ in it's entirety.

   ☒ <u>only to the extent plaintiff seeks to have his complaint filed and assigned a civil action number.</u>

 4/20/05  _____  /s/ Robert E. Keeton  _____
DATE                        ROBERT E. KEETON
                            SENIOR UNITED STATES DISTRICT JUDGE