| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>ANTHONY LAFAUCI | COURT CASE NUMBER<br>04 – 12608 – REK |
|---|---|
| DEFENDANT<br>EDDA CANTOR | TYPE OF PROCESS<br>CIVIL ACTION 1983 |

| SERVE ➤ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>NEW HAMPSHIRE STATE PRISON   ACTING COMMISSIONER |
|---|---|
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>105 PLEASANT STREET  P.O. BOX 1806  4TH FLOOR MAIN BLDG, Concord, NH 03301 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

```
ANTHONY LAFAUCI #284473
OSBORN CORRECTIONAL INSTITUTION
P.O. Box 100
Somers, Connecticut
              06071
```

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 26 |
| Check for service on U.S.A. | YES |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE 6/8/05

*/s/ Anthony LaFauci*

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 14 | District to Serve No. 49 | Signature of Authorized USMS Deputy or Clerk | Date 6/6/05 |
|---|---|---|---|---|---|
|  | 1 |  |  | *Nancy Talavera* |  |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 6/13/05  Time: 13:00 hrs  pm<br>Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 |  |  | $45 |  |  |  |

REMARKS:  Process forwarded to USM D/NH 6/7/05 NT
/s/

According to the commissioner's office, the defendant left employment listed above approx. 4 years ago.

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|