U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ANTHONY LAFAUCI | 04 - 12608- REK |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| LORI CRESEY | CIVIL ACTION 1983 |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
NEW ENGLAND INTERSTATE CORRECTIONS COMPACT OF MASSACHUSETTS AS AGENT

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
P.O. Box 188 c/o CORRECTIONS INDUSTRIES   NORFOLK, MASSACHUSETTS 02056

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ANTHONY LAFAUCI #284473
OSBORN CORRECTIONS INSTITUTION
P.O. Box 100
SOMERS, CONNECTICUT 06071

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 26 |
| Check for service on U.S.A. | YES |

INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Available For Service):

RECEIVED
MARSHAL SERVICE
BOSTON, MA
'05 JUN -6 P 2:26

Fold

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lori Cresey
New England Interstate Corrections
Compact of MA as Agent
PO Box 188 Correctional Industries
Norfolk, MA 02056

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ted Murphy_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☑ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7002 0510 0004 1359 3013

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

DO NOT WRITE BELOW THIS LINE

USMS Deputy or Clerk   Date
_signature_   6/6/05

as shown in "Remarks", the process described
poration, etc., shown at the address inserted below.

named above (See remarks below)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service | Time | am / pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|

_cert. Mail rct 6/8/05_

---

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7002 0510 0004 1359 3013

| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage | $ | |

Sent To: Lori Cresey
Street, Apt. No. or PO Box No.: New England Interstate Corrections Compact of MA as Agent
City, State, ZIP: PO Box 188 Correctional Industries

CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____Massachusetts_____

Anthony Lafauci,
    Plaintiff,

V.

Peter Pepe, Jr., et al.,
    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. No. 04-12608-REK

TO: (Name and address of Defendant)

Lori Cresey

    NEW ENGLAND INTERSTATE CORRECTIONS COMPACT
    P.O. BOX 188 c/o CORRECTIONS INDUSTRIES
    NORFOLK, MASSACHUSETTS
               02056

    **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony Lafauci, pro se

    OSBORN CORRECTIONAL INSTITUTION
    P.O. BOX 100
    SOMERS, CONNECTICUT
               06071

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sarah A. Thornton                          April 22, 2005
CLERK                                        DATE

_[signature]_
(By) DEPUTY CLERK