U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ANTHONY LAFAUCI | 1: 04 - cv - 12608 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| SCOTT CALLANDER | Civil Action 1983 |

**SERVE ➤**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

CEDAR  - JUNCTION WALPOLE

**AT**

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

P.O. Box 100   2450 Main Street South Walpole, Massachusetts 02071 - 0100

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ANTHONY LAFAUCI
OSBORN CORRECTIONAL INSTITUTION
P.O. Box 100
Somers, Connecticut 06071

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 26 |
| Check for service on U.S.A. | YES |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                             Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | | 6/08/05 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 38 | | 6/6/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service | Time | am pm |
| | 6/1/05 | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 67.52 | | | 67.52 | | | |

REMARKS:     *Deceased*

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

Anthony Lafauci,
Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

Peter Pepe, Jr., et al.,
Defendants

CASE NUMBER: C.A. No. 04-12608-REK

TO: (Name and address of Defendant)

Scott Callender

CEDAR-JUNCTION WALPOLE STATE PRISON
P.O. BOX 100
2450 MAIN STREET
SOUTH WALPOLE, MASSACHUSETTS
                02071 - 0100

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony Lafauci, pro se
OSBORN CORRECTIONAL INSTITUTION
P.O. BOX 100
SOMERS, CONNECTICUT
                06071

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sarah A. Thornton                                              April 22, 2005

CLERK                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

Anthony Lafauci,
Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

Peter Pepe, Jr., et al.,
Defendants

CASE NUMBER: C.A. No. 04-12608-REK

TO: (Name and address of Defendant)

Scott Callender

> CEDAR-JUNCTION WALPOLE STATE PRISON
> P.O. BOX 100
> 2450 MAIN STREET
> SOUTH WALPOLE, MASSACHUSETTS
>                   02071 - 0100

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony Lafauci, pro se

> OSBORN CORRECTIONAL INSTITUTION
> P.O. BOX 100
> SOMERS, CONNECTICUT
>                   06071

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sarah A. Thornton                                              April 22, 2005

CLERK                                                          DATE

_____
(By) DEPUTY CLERK