**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ANTHONY LAFAUCI | 04 – 12608 – REK |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| GREGORY CROMPTON | CIVIL ACTION 1983 |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
NEW HAMPSHIRE STATE PRISON   CLASSIFICATION

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
P.O. BOX 14   CONCORD, NEW HAMPSHIRE   03301   0014

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ANTHONY LAFAUCI #284473
OSBORN CORRECTIONAL INSTITUTION
P.O. BOX 100
SOMERS, CONNECTICUT   06071

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 26 |
| Check for service on U.S.A. | YES |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gregory Crompton
NH States Prison Classification
PO Box 14
Concord, NH 03301-0014

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☑ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

(Extra Fee)  ☐ Yes

102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7002 0510 0004 4359 3044

Postage   $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage

Postmark Here

Sent To  Gregory Crompton
Street, Apt.  NH States Prison Classification
or PO Box No  PO Box 14
City, State, Z  Concord, NH 03301-0014

PS Form 3800   MAY BE USED

---

TELEPHONE NUMBER   DATE
6/08/05

DO NOT WRITE BELOW THIS LINE

USMS Deputy or Clerk   Date
_____   6/6/05

...d as shown in "Remarks", the process described
...oration, etc., shown at the address inserted below.

...amed above (See remarks below)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service | Time | am |
| | | pm |

Signature of U.S. Marshal or Deputy

| tal Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

Cert. Mail ✓ 6/8/05

CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Massachusetts_____

Anthony Lafauci,
    Plaintiff,

V.

Peter Pepe, Jr., et al.,
    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. No. 04-12608-REK

TO: (Name and address of Defendant)

Gregory Crompton

    NEW HAMPSHIRE STATE PRISON CLASSIFICATION DEPARTMENT
    P.O. BOX 14
    CONCORD, NEW HAMPSHIRE
        03302 - 0014

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony Lafauci, pro se

    OSBORN CORRECTIONAL INSTITUTION
    P.O. BOX 100
    SOMERS, CONNECTICUT
        06071

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sarah A. Thornton                  April 22, 2005
CLERK                                           DATE

(By) DEPUTY CLERK