# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ANTHONY LAFAUCI | 04 – 12608 – REK |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| THOMAS McINTYRE | CIVIL ACTION |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CEDAR-JUNCTION WALPOLE STATE PRISON

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
P.O. BOX 100  2450 MAIN STREET SOUTH WALPOLE, MASSACHUSETTS 02071 – 0100

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ANTHONY LAFAUCI
OSBORN CORRECTIONAL INSTITUTION
P.O. BOX 100
SOMERS, CONNECTICUT  06071

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 26 |
| Check for service on U.S.A. | YES |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
[signature: Anthony LaFauci]
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER:
DATE: 6/03/05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 38 | [signature] | 6/6/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 6/8/05
Time: am/pm
Signature of U.S. Marshal or Deputy [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 67.50 | | | 67.50 | | | |

REMARKS:

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

Anthony Lafauci,
Plaintiff,

V.

Peter Pepe, Jr., et al.,
Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. No. 04-12608-REK

TO: (Name and address of Defendant)

Thomas McIntyre

CEDAR-JUNCTION MCI WALPOLE
P.O. BOX 100
2450 MAIN STREET
SOUTH WALPOLE, MASSACHUSETTS
02071 - 0100

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony Lafauci, pro se

OSBORN CORRECTIONAL INSTITUTION
P.O. BOX 100
SOMERS, CONNECTICUT
06071

an answer to the complaint which is herewith served upon you, within ___ twenty (20) ___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sarah A. Thornton                                                April 22, 2005
CLERK                                                            DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

Anthony Lafauci,
   Plaintiff,

V.

Peter Pepe, Jr., et al.,
   Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. No. 04-12608-REK

TO: (Name and address of Defendant)

Thomas McIntyre

   CEDAR-JUNCTION MCI WALPOLE
   P.O. BOX 100
   2450 MAIN STREET
   SOUTH WALPOLE, MASSACHUSETTS
      02071 - 0100

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony Lafauci, pro se

   OSBORN CORRECTIONAL INSTITUTION
   P.O. BOX 100
   SOMERS, CONNECTICUT
      06071

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sarah A. Thornton                         April 22, 2005
CLERK                                       DATE

(By) DEPUTY CLERK