U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ANTHONY LAFAUCI | 04 – 12608 – REK |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| LIMEIA PERRY | CIVIL ACTION 1983 |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CEDAR- JUNCTION WALPOLE CORRECTIONAL INSTITUTION

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
P.O. BOX 100  2450 MAIN STREET  SOUTH WALPOLE, MASSACHUSETTS 02071 – 0100

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ANTHONY LAFAUCI #284473
OSBORN CORRECTIONAL INSTITUTION
P.O. BOX 100
SOMERS, CONNECTICUT
06071

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 26 |
| Check for service on U.S.A. | YES |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER    DATE 6/08/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1   District of Origin No. 14   District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk: Nancy Julaner
Date: 6/6/05

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Cheryl Maher

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 6/8/05   Time: 1:00 pm
Signature of U.S. Marshal or Deputy: W. Rosella

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 67.50 | | | 67.50 | | | |

REMARKS: 1.5

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

Anthony Lafauci,
Plaintiff,

V.

Peter Pepe, Jr., et al.,
Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. No. 04-12608-REK

TO: (Name and address of Defendant)

Officer Limeia Perry

    CEDAR-JUNCTION WALPOLE STATE PRISON
    P.O. BOX 100
    2450 MAIN STREET
    SOUTH WALPOLE, MASSACHUSETTS
        02071 - 0100

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony Lafauci, pro se

    OSBORN CORRECTIONAL INSTITUTION
    P.O. BOX 100
    SOMERS, CONNECTICUT
        06071

an answer to the complaint which is herewith served upon you, within _____ twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sarah A. Thornton                                        April 22, 2005
CLERK                                                       DATE

(By) DEPUTY CLERK