UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Anthony LaFauci
          Plaintiff

- v -

Peter Pepe, ET- al.
          Defendant's

Civil Action No. 04-12608-REK
                  01-11689-JLT

MOTION OF OBJECTION TO THE MASSACHUSETTS DEFENDANT'S MOTION TO DISMISS

Now comes the plaintiff Anthony LaFauci, as Pro-Se Osborn Correctional Institution P.O. Box 100 Somers, Connecticut 06071 and states as follows:

1) The defendants attorney has issued a motion to dismiss (3) three defendants Michael Maloney, the former Commissioner of the Massachusetts Department of Corrections, Officer Wayne Travies, who on August 19, 1999 had assaulted me hitting punching me and dragging me on a floor causing physical injuries while I was on crutches. Officer Scott Calendar whom on December 19, 1999 with officer Badge Number 1454 physically assaulted me in a sallyport area of MCI Walpole Mass Po Box 100 These issues were filed and docket No. 01-11689 JLK and was unlawfully dismissed without prejudice and was told to file a new Claim.

2) The plaintiff states clearly that every defendant to include Badge number 1454 and John Doe-1 were issued 01-11689 and the Complaint, summons Notice of Appearance for defendants was issued April 18, 2002 Margaret Melville, Counsel. This was issued by and through the U.S Marshal on January 28, 2002.

3) The defendants attorney in her motion states that there is a 3 year limitations period for civil rights claim G.L. c. 260 § 5B and a 3 year personal injury G.L. c. 260 §2A; G.L.c 258 §4 and which this claim is not just filed as 04-12608-REK and accordingly these claim are not Moot or run out of limitations

WHEREFORE the plaintiff respectfully request this court to grant as follows:

(A) Order the defendants were prior issued docket No 01-11689 JLT with a summons, complaint and a notice of Appearance was issued on April 18, 2002 or about by there attorney.

(B) Order the defendants motion be dismiss as its "Moot" due to the prior issued summons that were processed with in a one ½ years after the serious assaults that took place at MCI Ceder Junction Walpole Massachusetts well in the three year limitation period claims for civil rights.

(C) Grant such further relief as may seem just and proper by this Court

July 25, 2005

Respectfully Submitted
X _____ Pro-Se
Osborn Correctional Institution
P.O. Box 100
Somers, Connecticut
06071

Certification Service

I hereby certify that a copy of the above foregoing motion was mail to the defendants Attorney Julee E Daniels BBO #600093 legal Division Department of Corrections 70 Franklin Street, Suite 600 Boston, Massachusetts 02110-1300

July 25, 2005   X _____ Pro Se
284473
Osborn Correctional Institution
P.O. Box 100
Somers, Connecticut 06071

18

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>ANTHONY LAFAUCI | COURT CASE NUMBER<br>No. 01 - 11689 - JLT |
|---|---|
| DEFENDANT<br>JOHN DOE BADGE NUMBER 1454 | TYPE OF PROCESS<br>Civil Action  1983 |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Cedar-Junction Walpole Correctional Institution

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
PO BOX 100  2450 Main Street  South Walpole, Massachusetts 02071 - 0100

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anthony LaFauci
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, Connecticut 06410

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 26 |
| Check for service on U.S.A. | YES |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

He is a correctional officer that on December 19, 1999 had intentionally stepped onto my face with office Scott Callander while Bill Vosher watch in the office window in the Sally-Port of The Modular Unit morning time.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE 01/23/2002

*Anthony La Fauci*

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk | Date<br>1/28/02 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service    Time    am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS:

NOTE

PRIOR EDITIONS MAY BE USED      **3. NOTICE OF SERVICE**      FORM USM-285 (Rev. 12/15/80)